1014

**Joe P. ROMA v. UNITED STATES**
of America.
No. 780.

Circuit Court of Appeals, Tenth Circuit.
Feb. 23, 1933.

Arthur R. Morrison, of Denver, Colo., for appellant.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed on stipulation.

**Harry ROSENBERG, Appellant, v. E. A. LYNCH, Trustee in Bankruptcy of SAM FEIN & SON, a Copartnership Composed of Sam Fein and Jerome Fein, Appellee.**
No. 7088.

Circuit Court of Appeals, Ninth Circuit.
March 7, 1933.

Burnett Wolfson, of Los Angeles, Cal., for appellant.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.
Upon consideration thereof, ordered petition for allowance of appeal denied.

**Andrew ROVIK v. UNITED STATES**
of America.
No. 806.

Circuit Court of Appeals, Tenth Circuit.
Feb. 14, 1933.

S. R. Owens, of Denver, Colo., for appellant.

John G. Reid, Asst. U. S. Atty., of Denver, Colo.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed on stipulation.

**R. S. DICKSON & COMPANY, Appellant, v. W. Lee SMITH, as Receiver of Pageland Cotton Mill, C. B. Mungo, J. S. Wilson, H. B. Redfearn, J. C. Miller, H. V. Mungo, R. M. Blakeney, Joe M. Rollings, James T. Funderburk, and J. O. Taylor, Appellees.**
No. 3393.

Circuit Court of Appeals, Fourth Circuit.
Jan. 14, 1933.

Willcox, Hardee & Wallace, of Florence, S. C., and P. A. Murray, Jr., of Cheraw, S. C., for appellant.

W. F. Stevenson, of Cheraw, S. C., and J. E. Leppard, of Chesterfield, S. C., for appellees.

PER CURIAM.
Appeal dismissed at cost of appellant, per agreement of attorneys. Order filed.